**Fred Williams, Plaintiff-Appellee, v. Benjamin
Butler, Defendant-Appellant.**

Gen. No. 54,588. 

First District, First Division.

April 27, 1970.

Braden, Hall, Barnes,
Moss & Turner, of Chicago (Alvin H. Moss, of counsel), for ap-
pellant; Van Emden, Busch and Van Emden, of Chicago (George
J. Van Emden, of counsel), for appellee. Opinion by PRESIDING
JUSTICE BURMAN. Not to be published in full.